# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
  §
CAPPS, JERRY DON § Case No. 11-08232
CAPPS, CYNTHIA §
  §
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/07/2014 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2014           By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
CAPPS, JERRY DON                    §      Case No. 11-08232
CAPPS, CYNTHIA                      §
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 17.26 |
| leaving a balance on hand of[1] | $ | 39,982.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,046.93 | $ 0.00 | $ 4,046.93 |
| Attorney for Trustee Fees: Springer Brown | $ 7,312.50 | $ 0.00 | $ 7,312.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 11,359.43 |
| Remaining Balance | $ 28,623.31 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,429.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 4,204.61 | $ 0.00 | $ 4,204.61 |
| 2 | FIA Card Services | $ 877.34 | $ 0.00 | $ 877.34 |
| 3 | Midland Funding LLC | $ 2,213.81 | $ 0.00 | $ 2,213.81 |
| 4 | Capital One by | $ 12,918.09 | $ 0.00 | $ 12,918.09 |
| 5 | PYOD its succesors and assigns  as | $ 1,216.10 | $ 0.00 | $ 1,216.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 21,429.95 |
| | Remaining Balance | | | $ 7,193.36 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 162.64 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,030.72 .

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-08232-DRC
Jerry Don Capps                                                     Chapter 7
Cynthia Capps
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: mmyers              Page 1 of 2           Date Rcvd: Feb 11, 2014
                                Form ID: pdf006           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2014.
```
db/jdb     +Jerry Don Capps,   Cynthia Capps,   115 W. Ash,   #C,   Lombard, IL 60148-2536
16889129   +Apex Financial Management, LLC,   1120 W. Lake COok Road,   Suite A,
             Buffalo Grove, IL 60089-1970
16889130    Associated Recovery Systems,   PO Box 469046,   Escondido, CA 92046-9046
16889131   +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
16889132   +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
16889138  ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195)
16889135   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16889136   +Chase c/o,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
16889137   +Citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
16889140   +Elmhurst Memorial Healthcare,   200 Berteau Avenue,   Elmhurst, IL 60126-2989
19699320    FIA CARD SERVICES, N.A.,   successor to Bank of America, N.A.(USA),   and MBNA America Bank, N.A.,
             4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
16889142   +Finacial Asset Management,   P.O. Box 451409,   Atlanta, GA 31145-9409
19814489   +Ford Motor Credit Company LLC,   P.O. Box 6275,   Dearborn, MI 48121-6275
16889143   +Ford Motor Credit Corporation,   National Bankruptcy Center,   Po Box 6275,
             Dearborn, MI 48121-6275
16889147   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
16889148   +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream, IL 60197-5263
16889149   +Katheryn Coconato,   207 N Westmore,   Villa Park, IL 60181-2032
16889150   +Kca Financial Svcs,   628 North St,   Geneva, IL 60134-1356
16889151    Menards,   Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
19927237    Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16889153    T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
16889154   +T-Mobile Financial,   PO Box 629025,   El Dorado Hills, CA 95762-9025
16889156  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
16889157   +Vila Pk T&s,   10 S Villa,   Villa Park, IL 60181-2649
16889158   +Village of Lombard,   PO Box 3366,   Oak Brook, IL 60522-3366
16889160   +Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,   Urbandale, IA 50323-2310
16889159   +Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,   Urbandale, IA 50323-2310
16889161   +Wm Finance,   8900 Grand Oak Cir,   Tampa, FL 33637-1022
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16889133   +E-mail/Text: cms-bk@cms-collect.com Feb 11 2014 21:44:43    Capital Management Services,
             726 Exchange St. Ste. 700,   Buffalo, NY 14210-1464
19745899    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2014 21:53:17    Capital One Bank (USA), N.A.,
             PO Box 248839,   Oklahoma City, OK  73124-8839
20311719    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2014 21:53:16    Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK 73124-8839
16889134   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2014 21:54:13    Capital One, N.a.,
             C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
19707314    E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2014 21:51:49    Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
19646836    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2014 21:59:37    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16889139   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2014 21:59:37    Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
16889141    E-mail/Text: RDEVRIE@EMHC.ORG Feb 11 2014 21:46:59    Elmhurst Memorial Hospital,   PO Box 92348,
             Chicago, IL 60675-2348
16889144   +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2014 21:51:43    GEMB / HH Gregg,
             Attention:  Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
16889145   +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2014 21:54:09    Gemb/discount Tires,
             Po Box 981439,   El Paso, TX 79998-1439
16889146   +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2014 21:51:43    Home Depot,
             Central Collection Department,   1400 W. Dundee Road,   Arlington Heights, IL 60004-1449
19751782   +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2014 21:54:00
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
19927238    E-mail/PDF: rmscedi@recoverycorp.com Feb 11 2014 21:54:11
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
16889155   +E-mail/Text: bnc@ursi.com Feb 11 2014 21:44:18    United Recover Systems, LP,   PO Box 722929,
             Houston, TX 77272-2929
                                                                                               TOTAL: 14
```

```
District/off: 0752-1              User: mmyers                Page 2 of 2                  Date Rcvd: Feb 11, 2014
                                  Form ID: pdf006             Total Noticed: 42
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Springer, Brown, Covey, Gaertner & Davis, LLC
16889152*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
                                                                                        TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2014                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2014 at the address(es) listed below:

```
              Amy E Daleo    on behalf of Spec. Counsel   Gori, Julian & Associates, P.C. adaleo@cohonraizes.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brett A Kaufman    on behalf of Joint Debtor Cynthia  Capps brett@mhwlaw.net
              Brett A Kaufman    on behalf of Debtor Jerry Don Capps brett@mhwlaw.net
              David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              Meredith S Fox   on behalf of Trustee Brenda Porter Helms, ESQ tspringer@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long   on behalf of Creditor   Specialized Loan Servicing, LLC Courts@tmlong.com
                                                                                             TOTAL: 9
```