# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAPPS, JERRY DON | § | Case No. 11-08232 |
| CAPPS, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                                               Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JERRY DON CAPPS |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loan |  |  |  |  |  |
| 6 | FORD MOTOR CREDIT LLC |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAWR FIRM P.C. | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| BROWN, SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | | | | | |
| | Capital One NA | | | | | |
| | Chase | | | | | |
| | Chase | | | | | |
| | Citi | | | | | |
| | Citibank SD NA | | | | | |
| | Citibank SD NA | | | | | |
| | Elmhurst Memorial Hospital | | | | | |
| | FMCC | | | | | |
| | GEMB/Discount Tires | | | | | |
| | GEMB/HH Gregg | | | | | |
| | HSBC | | | | | |
| | HSBC Bank | | | | | |
| | HSBC Best Buy | | | | | |
| | Home Depot | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KCA Financial Services | | | | | |
| | Menards | | | | | |
| | Shell Oil / Citi | | | | | |
| | TMobile | | | | | |
| | US Bank NA | | | | | |
| | Vila Pk T&S | | | | | |
| | Village of Lombard | | | | | |
| | WM Fin | | | | | |
| | Wf Financial Bank | | | | | |
| | Wf Financial Bank | | | | | |
| 4 | CAPITAL ONE BY | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | FIA CARD SERVICES | | | | | |
| 3 | MIDLAND FUNDING LLC | | | | | |
| 5 | PYOD ITS SUCCESORS AND ASSIGNS  AS | | | | | |
| | CAPITAL ONE BY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPPS, JERRY DON | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES | | | | | |
| | MIDLAND FUNDING LLC | | | | | |
| | PYOD ITS SUCCESORS AND ASSIGNS  AS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-08232 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CAPPS, JERRY DON | | | Date Filed (f) or Converted (c): | 02/28/11 (f) |
| | CAPPS, CYNTHIA | | | 341(a) Meeting Date: | 03/24/11 |
| For Period Ending: | 05/31/14 | | | Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 132,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 23.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 679.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 700.00 | 0.00 | | 0.00 | FA |
| 6. TAX REFUNDS | 700.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 8. MESOTHELIOMA LAWSUIT (u) | Unknown | 0.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $135,602.00 | $0.00 | | $40,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-08232  -CAS |
| Case Name: | CAPPS, JERRY DON |
| | CAPPS, CYNTHIA |
| Taxpayer ID No: | *******3462 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1681  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/22/13 | 8 | Gori Julian & Associates PC | proceeds from lawsuit settlement | | | 1242-000 | 40,000.00 | | 40,000.00 |
| | | 156 N. Main Street | | | | | | | |
| | | Edwardsville IL 62025 | | | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | 2600-000 | | 17.26 | 39,982.74 |
| 02/15/14 | 010001 | International Sureties Ltd | Bond premiun bond #016026455 | | | 2300-000 | | 38.00 | 39,944.74 |
| | | 701 Polydras St.  #420 | | | | | | | |
| | | New Orleans LA 70139 | | | | | | | |
| 03/13/14 | 010002 | Springer Brown LLC | | | | 3210-000 | | 7,312.50 | 32,632.24 |
| 03/13/14 | 010003 | The Helms Lawr Firm P.C. | trustee compensation | | | 2100-000 | | 4,046.92 | 28,585.32 |
| 03/13/14 | 010004 | Discover Bank | | | | | | 4,223.02 | 24,362.30 |
| | | DB Servicing Corp | | | | | | | |
| | | P.O. Box 3025 | | | | | | | |
| | | New Albany OH 43054 | | | | | | | |
| | | | Claim | 4,204.61 | | 7100-000 | | | |
| | | | Interest | 18.41 | | 7990-000 | | | |
| 03/13/14 | 010005 | FIA Card Services | Final Distribution | | | 7100-000 | | 881.18 | 23,481.12 |
| | | 4161 Piedmont Parkway | | | | | | | |
| | | NC4 105 03 14 | | | | | | | |
| | | Greensboro NC 27410 | | | | | | | |
| 03/13/14 | 010006 | Midland Funding LLC | Final Distribution | | | | | 2,223.50 | 21,257.62 |
| | | Recoser LLC | | | | | | | |
| | | 25 SE 2nd Ave.  #1120 | | | | | | | |
| | | Miami FL 33131 | | | | | | | |
| | | | Claim | 2,213.81 | | 7100-000 | | | |
| | | | Interest | 9.69 | | 7990-000 | | | |
| 03/13/14 | 010007 | Capital One by | Final Distribution | | | | | 12,974.67 | 8,282.95 |
| | | American Inforsource LP | | | | | | | |
| | | P.O. Box 248839 | | | | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 40,000.00 | 31,717.05 |

Ver: 17.05d

FORM 2                                                                         Page:   2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | |
|---|---|
| Case No: | 11-08232 -CAS |
| Case Name: | CAPPS, JERRY DON |
| | CAPPS, CYNTHIA |
| Taxpayer ID No: | *******3462 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1681 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Oklahoma City OK 73124 | Claim 12,918.09 | 7100-000 | | | |
| | | | Interest 56.58 | 7990-000 | | | |
| 03/13/14 | 010008 | PYOD its succesors and assigns as assignee of Citibank N.A. Resurgent Capital Services P.O. Box 19008 Greenville SC 29602 | Final Distribution | | | 1,221.43 | 7,061.52 |
| | | | Claim 1,216.10 | 7100-000 | | | |
| | | | Interest 5.33 | 7990-000 | | | |
| 03/13/14 | 010009 | JERRY DON CAPPS 115 W. ASH #C LOMBARD, IL 60148 | Surplus Funds | | | 7,061.52 | 0.00 |
| | | | Claim 7,030.72 | 8200-000 | | | |
| | | | Interest 30.80 | 7990-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less:  Payments to Debtors | | 7,061.52 | |
| Net | 40,000.00 | 32,938.48 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******1681 | 40,000.00 | 32,938.48 | 0.00 |
| | 40,000.00 | 32,938.48 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              8,282.95

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| | |
|---|---|
| Case No: | 11-08232  -CAS |
| Case Name: | CAPPS, JERRY DON |
| | CAPPS, CYNTHIA |
| Taxpayer ID No: | *******3462 |
| For Period Ending: | 05/31/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1681  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******1681

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 05/31/14
                     BRENDA PORTER HELMS, TRUSTEE

Page Subtotals                    0.00              0.00

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*